

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| Cockrell Investment Partners, L.P., | § | No. 08-21-00017-CV |
| Appellant, | § | Appeal from the |
| | § | 112th District Court |
| v. | § | of Pecos County, Texas |
| Middle Pecos Groundwater Conservation District and its Board President Jerry McGuairt, Republic Water Company of Texas, LLC and Fort Stockton Holdings, L.P., | § | (TC# P-12176-112-CV) |
| | § | |
| Appellees. | § | |

## **O R D E R**

On our own motion, and pursuant to TEX.R.APP.P. 39.1, the Court finds that oral argument in the above styled and numbered cause would not materially aid in the disposition of this cause. Accordingly, the Court vacates the oral argument setting of February 24, 2022, at 9:00 a.m., and this cause will be submitted **without** oral argument on that same date.

IT IS SO ORDERED this 15th day of February, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox, and Alley, JJ.